# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 184.78.67.159 | Clearwire US | 2011:04:21 07:44:08 PM |
| 207.179.243.14 | MTCO Communications | 2011:04:05 07:52:09 AM |
| 207.181.211.188 | RCN Corporation | 2011:04:09 06:29:37 AM |
| 207.229.174.148 | RCN Corporation | 2011:04:27 10:16:24 PM |
| 24.1.31.73 | Comcast Cable Communications | 2011:04:24 04:27:13 AM |
| 24.12.218.12 | Comcast Cable Communications | 2011:04:06 01:40:21 AM |
| 24.12.243.186 | Comcast Cable Communications | 2011:04:06 02:10:22 AM |
| 24.12.249.249 | Comcast Cable Communications | 2011:04:10 06:55:56 PM |
| 24.13.229.177 | Comcast Cable Communications | 2011:04:08 08:03:42 PM |
| 24.13.36.33 | Comcast Cable Communications | 2011:04:26 05:00:48 AM |
| 24.14.188.127 | Comcast Cable Communications | 2011:04:10 02:06:57 AM |
| 24.15.196.29 | Comcast Cable Communications | 2011:04:18 05:07:08 PM |
| 24.7.199.226 | Comcast Cable Communications | 2011:04:09 05:28:51 PM |
| 67.159.45.167 | FDCservers.net | 2011:04:08 10:48:49 PM |
| 67.165.131.151 | Comcast Cable Communications | 2011:04:12 01:22:17 PM |
| 67.173.178.152 | Comcast Cable Communications | 2011:04:09 03:40:57 AM |
| 67.175.126.212 | Comcast Cable Communications | 2011:04:09 11:55:24 PM |
| 67.175.235.191 | Comcast Cable Communications | 2011:04:16 03:45:04 AM |
| 67.176.142.31 | Comcast Cable Communications | 2011:04:22 06:23:16 AM |
| 67.176.172.30 | Comcast Cable Communications | 2011:04:14 07:02:15 AM |
| 67.176.252.196 | Comcast Cable Communications | 2011:04:13 04:00:50 PM |
| 67.184.152.206 | Comcast Cable Communications | 2011:04:05 07:13:10 PM |
| 67.184.176.149 | Comcast Cable Communications | 2011:04:06 11:42:11 AM |
| 67.184.189.6 | Comcast Cable Communications | 2011:04:10 02:09:57 AM |
| 67.184.249.158 | Comcast Cable Communications | 2011:04:08 04:06:41 PM |
| 68.58.6.230 | Comcast Cable Communications | 2011:04:18 01:28:16 AM |
| 69.210.250.64 | AT&T Internet Services | 2011:04:07 02:09:26 AM |
| 69.217.204.183 | AT&T Internet Services | 2011:04:07 07:40:43 PM |
| 69.219.136.22 | AT&T Internet Services | 2011:04:09 06:29:45 AM |
| 69.47.38.104 | WideOpenWest Finance | 2011:04:15 02:19:55 AM |
| 70.226.210.83 | AT&T Internet Services | 2011:04:11 10:29:05 PM |
| 71.11.248.222 | Charter Communications | 2011:04:06 01:07:50 AM |
| 71.194.15.55 | Comcast Cable Communications | 2011:04:09 04:52:45 AM |
| 71.194.229.63 | Comcast Cable Communications | 2011:04:01 03:53:54 AM |
| 71.201.16.146 | Comcast Cable Communications | 2011:03:31 09:55:04 PM |
| 71.201.233.24 | Comcast Cable Communications | 2011:04:08 12:09:05 AM |
| 71.228.31.82 | Comcast Cable Communications | 2011:04:11 01:08:07 AM |
| 71.239.121.61 | Comcast Cable Communications | 2011:04:10 12:53:58 AM |
| 71.239.190.71 | Comcast Cable Communications | 2011:04:19 07:12:08 PM |
| 71.239.69.2 | Comcast Cable Communications | 2011:04:16 04:44:57 PM |
| 71.57.57.213 | Comcast Cable Communications | 2011:04:27 02:46:49 AM |
| 71.57.63.194 | Comcast Cable Communications | 2011:04:28 02:16:00 AM |
| 74.36.164.213 | Frontier Communications of America | 2011:04:25 06:41:06 PM |
| 75.59.203.194 | AT&T Internet Services | 2011:04:12 07:52:43 AM |
| 76.125.14.43 | Comcast Cable Communications | 2011:04:01 03:18:39 AM |
| 76.16.210.146 | Comcast Cable Communications | 2011:04:07 12:43:27 AM |

| | | |
|---|---|---|
| 76.16.237.20 | Comcast Cable Communications | 2011:04:22 05:51:58 PM |
| 76.16.53.205 | Comcast Cable Communications | 2011:04:08 02:37:21 PM |
| 76.16.58.130 | Comcast Cable Communications | 2011:04:12 02:56:50 AM |
| 76.192.33.119 | AT&T Internet Services | 2011:04:11 10:42:01 PM |
| 76.203.2.45 | AT&T Internet Services | 2011:04:06 01:26:41 PM |
| 98.206.200.171 | Comcast Cable Communications | 2011:04:11 04:37:25 PM |
| 98.206.200.71 | Comcast Cable Communications | 2011:04:26 08:08:57 AM |
| 98.206.221.192 | Comcast Cable Communications | 2011:04:01 11:10:42 PM |
| 98.206.75.102 | Comcast Cable Communications | 2011:04:19 10:15:00 AM |
| 98.212.8.254 | Comcast Cable Communications | 2011:04:23 06:14:50 AM |
| 98.213.29.87 | Comcast Cable Communications | 2011:04:05 04:44:05 PM |
| 98.214.18.115 | Comcast Cable Communications | 2011:04:01 11:09:40 PM |
| 98.215.169.210 | Comcast Cable Communications | 2011:04:08 09:39:22 PM |
| 98.220.231.108 | Comcast Cable Communications | 2011:04:09 04:45:30 AM |
| 98.223.144.117 | Comcast Cable Communications | 2011:04:01 10:29:57 PM |
| 98.226.16.2 | Comcast Cable Communications | 2011:04:17 07:06:53 AM |
| 98.226.192.19 | Comcast Cable Communications | 2011:04:19 11:06:42 PM |
| 98.227.137.175 | Comcast Cable Communications | 2011:04:12 10:25:02 PM |
| 98.227.187.1 | Comcast Cable Communications | 2011:04:06 01:21:53 AM |
| 98.227.27.248 | Comcast Cable Communications | 2011:04:16 02:41:22 AM |
| 98.228.246.190 | Comcast Cable Communications | 2011:04:11 04:22:13 AM |
| 99.140.240.133 | AT&T Internet Services | 2011:04:07 09:27:41 PM |
| 99.141.41.185 | AT&T Internet Services | 2011:04:08 11:07:25 PM |
| 99.21.104.18 | AT&T Internet Services | 2011:04:08 03:17:38 PM |
| 99.37.121.169 | AT&T Internet Services | 2011:04:17 08:36:16 AM |