**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEARTBREAKER PRODUCTIONS, INC., ) | |
| ) | CASE NO.: 1:11-cv-2860 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| DOES 1 – 71, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
<u>NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2</u>**

Plaintiff, Heartbreaker, does not have a parent corporation. No publicly held company owns 5% or more of Plaintiff's stock.

                                                         Respectfully submitted,

                                                         Heartbreaker Productions, Inc.

DATED: April 28, 2011

                                                   By:    <u>/s/ John Steele</u>
                                                                John Steele (Bar No. 6292158)
                                                               Steele Hansmeier PLLC
                                                               161 N. Clark St., Suite 4700
                                                               Chicago, IL 60601
                                                               312-880-9160;   Fax 312-893-5677
                                                               jlsteele@wefightpiracy.com
                                                               *Attorney for Plaintiff*