**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEARTBREAKER PRODUCTIONS, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 71 )<br>)<br>    Defendants. )<br>)<br>_____ ) | CASE NO.: 1:11-cv-02860<br><br>Judge: Hon. Robert W. Gettleman<br><br>Magistrate: Hon. Young B. Kim |

## **PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. The Doe Defendants associated with this Dismissal are Does 17-18. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-18 have been dismissed from this action.

[intentionally left blank]

-2-

        Respectfully submitted,

        Heartbreaker Productions, Inc.

**DATED:** September 22, 2011

        By:    /s/ John Steele
                 John Steele (Bar No. 6292158)
                 Steele Hansmeier PLLC
                 1111 Lincoln Road, Suite 400
                 Miami Beach, FL 33139
                 Tel: (305) 748-2102
                 jlsteele@wefightpiracy.com
                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 22, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                 /s/ John Steele
                                              JOHN STEELE