**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEARTBREAKER PRODUCTIONS, INC. ) | CASE NO.: 1:11-cv-02860 |
| ) | |
| Plaintiff, ) | Judge: Hon. Robert W. Gettleman |
| ) | |
| v. ) | Magistrate: Hon. Young B. Kim |
| ) | |
| DOES 1 – 71 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF REMAINING
DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses

without prejudice all causes of action in the complaint against the remaining Doe Defendants in

this action. Plaintiff has completed its initial discovery in this matter and intends to engage in

settlement efforts or, if necessary, separate actions against the remaining Does. The respective

Does have filed neither an answer to the complaint nor a motion for summary judgment with

respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully submitted,

Heartbreaker Productions, Inc.

**DATED:**  September 23, 2011

By:    <u>/s/ John Steele</u>
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Tel: (305) 748-2102
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 23, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


_/s/ John Steele_
JOHN STEELE